## (April 24, 1944.)

ANITA BARTLESS, as Administratrix of the Estate of LUCIAN BARTLESS, Deceased, Respondent, v. PINO-LYTOL CHEMICAL CO., INC., Defendant, and EMILIE N. BURRILL et al., Defendants-Appellants.— Defendants Burrill and Robertson appeal from a judgment in favor of the plaintiff, entered upon a jury verdict, in an action to recover damages for the death of plaintiff's intestate. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See post, p. 1001.]

SIDNEY BREITMAN, an Infant, by SOPHIE BREITMAN, His Guardian ad Litem, et al., Respondents, v. THOMAS R. FISHER, JR., et al., Individually and as Copartners under the Name of SCARSDALE BUS COMPANY, et al., Appellants.— Action by the infant plaintiff to recover damages for personal injuries suffered as the result of his arm being struck by an elevated railroad pillar while he was a passenger in a 'bus operated by appellant Tarquinio and owned by appellants Fisher and Corwin. Companion action by infant's mother for loss of services and for expenses. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See post, p. 1001.]

B. BERT COHEN, Respondent, v. SAMUEL COHEN et al., Appellants, et al., Defendants.— Appeal from an order denying appellants' motion for judgment on the pleadings, in an action setting forth two causes of action, one for the alleged price of certain stock, and the other upon or for a rescission of the contract to sell such stock. Order insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

JULES FRANK, Respondent, v. MAURICE DESPRES et al., Doing Business under the Name of DESPRES-DORFMAN COMPANY, Appellants.— Action to recover damages for the breach of a contract. From a judgment in favor of the plaintiff, defendants appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See post, p. 1001.]